# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BIREN BOSE,**

Plaintiff,

-vs-                                                    Case No.  6:05-cv-1771-Orl-31KRS

**OCEANS CASINO CRUISES, INC.,
INDIVIDUALLY AND D/B/A SUNCRUZ
CASINOS,**

Defendants.

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **SECOND AMENDED MOTION TO APPEAR PRO HAC VICE AND DESIGNATION OF LOCAL COUNSEL (Doc. No. 8)** |
| **FILED:** | **December 12, 2005** |

Charles Draper, Esq., shall promptly file his consent to serve as local counsel for Mr. Stringer.

Once that consent-to-act is received, the Court will rule on the second amended motion.

**DONE** and **ORDERED** in Orlando, Florida on December 13, 2005.

*Karla R. Spaulding*
_____
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties