**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BIREN BOSE,**

                **Plaintiff,**

**-vs-**                                                  **Case No. 6:05-cv-1771-Orl-31KRS**

**OCEANS CASINO CRUISES, INC.,**
**INDIVIDUALLY AND D/B/A SUNCRUZ**
**CASINOS,**

                **Defendants.**
_____

## ORDER

Upon consideration of the Joint Stipulation for Settlement and Joint Motion to Remove Case from Trial Calendar (Doc. 23) filed by the parties in this case, it is

**ORDERED** that the Motion is GRANTED. This case is hereby removed from the March 2007 trial docket, and the Case Management Order is abated pending resolution of Defendant's Motion for Summary Judgment.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 3, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE